IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES JORDAN**                                                                                      **PLAINTIFF**

**v.**                                                                                       **No. 4:22CV183-JMV**

**WARDEN TRACY MACDONALD, ET AL.**                                           **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION [36] TO COMPEL
### A RESPONSIVE PLEADING AND DISCOVERY RESPONSES

This matter comes before the court on the plaintiff's motion [36] to compel the defendants to file a responsive pleading and to respond to various discovery requests the plaintiff has propounded. First, the defendants filed a responsive pleading in the form of an Answer [26] on August 16, 2023, with a Certificate of Service by United States Mail dated the same day. Doc. 29. Second, the plaintiff apparently propounded discovery without receiving permission from the court, as required in the court's Scheduling Order [20] of July 24, 2023. As the defendants have filed their responsive pleading and the plaintiff did not obtain permission to propound discovery, the instant motion [36] to compel is **DENIED**.

However, as the plaintiff's copy of the Answer in this case may have been lost in the mail, the Clerk of the Court is **DIRECTED** to provide the plaintiff with a copy of the Answer [26] in this case.

**SO ORDERED**, this, the 14th day of December, 2023.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE