IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLES JORDAN                                                                                    PLAINTIFF

v.                                                                                            No. 4:22CV183-JMV

WARDEN TRACY MACDONALD, ET AL.                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 14th day of December, 2023.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE